AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA
Tampa Division

Bowen Research and Training Institute,
Inc., a Florida corporation,
        Plaintiff,
v.

IGENEX, INC., a California
corporation.
        Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07 CV 732-T24EAJ

07 APR 27 PM 1:29 RECEIVED

TO: (Name and address of Defendant)
    IGENEX, INC., a California corporation
    c/o Nick S. Harris, as registered agent
    797 San Antonio Road
    Palo Alto, CA 94303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Douglas A. Lockwood, III, FBN 286834
    PETERSON & MYERS, P.A.
    141 5th Street, N.W.
    P.O. Drawer 7608
    Winter Haven, Florida 33883
    Phone: (863) 294-3360
    Fax:   (863) 293-4104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SHERYL L. LOESCH**                    2 7 APR 2007

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

_____

☐ Other _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____  _____
            Date                    *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.