IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:07-CIV-732-T-24EAJ

BOWEN RESEARCH & TRAINING
INSTITUTE, INC.,

        Plaintiff,

vs.

IGeneX, INC.,

        Defendant.
_____/

**DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION TO DISMISS**

Ex. A:     Declaration of Dr. Jyotsna Shah Pursuant to 28 U.S.C. § 1746(2)

Ex. B:     Declaration of Ms. Barbara Buchman Pursuant to 28 U.S.C. § 1746(2)

Ex. C:     State of Florida Agency for Health Care Administration Clinical Laboratory License for IGeneX

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:07-CIV-732-T-24EAJ

BOWEN RESEARCH & TRAINING
INSTITUTE, INC.,

        Plaintiff,

vs.

IGeneX, INC.,

        Defendant.                                     /

**DECLARATION OF DR. JYOTSNA SHAH IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, JYOTSNA SHAH, **pursuant to 28 U.S.C. § 1746 (2)**, make the following sworn declaration in support of IGeneX's Motion to Dismiss for Lack of Personal Jurisdiction.

I am over the age of 18 in all ways capable of making this Declaration.

2.    I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

3.    I am the Vice President of IGeneX and have worked in this capacity for five years. I am also the Laboratory Director. I have a Doctorate in Biochemistry from Nairobi University, Kenya and an MBA from the University of Southern New Hampshire.

**Exhibit A**

Case No. 8:07-CIV-732-T-24EAJ

4. IGeneX is a specialty immunology laboratory and research facility, providing personalized service to nearly five thousand private practice physicians, hospitals, and other clinical reference laboratories throughout the U.S. and Canada.

5. IGeneX currently has thirty-six (36) employees, all of whom work in Palo Alto, California.

6. In my capacity of Vice President and Laboratory Director for IGeneX, I, along with my staff of six (Vice President of Human Resources, Clinical Consultant, Business Manager and three Technical Supervisors) am responsible for both the business and clinical components of IGeneX. My work is primarily directed to the Clinical Laboratory and Research activities of IGeneX.

7 IGeneX has **one** laboratory in Palo Alto, California. That laboratory is certified as a Licensed Clinical Laboratory by CLIA (05D0643914); Medicare (ZZZ32759Z) California State Dep't of Health (CLF4033); Florida State Dept of Health (800002892); Maryland State Dep't of Health (885); New York State Dep't of Health (3172-805133A0) and the Pennsylvania State Dep't of Health 025659.

8. IGeneX has received, over the past four years, patient blood samples from 4,893 physicians, from all over the United States, Canada, Mexico and Europe.

9. **From 2003 to date, out of the 4,893** physicians who sent patient's blood for testing to our laboratory in Palo Alto, approximately 72 (1.47%) **of those physicians are located in Florida.** The numbers vary from year to year. For example, between

Case No. 8:07-CIV-732-T-24EAJ

**September 2003 to October 2006, the total number of physicians that sent patient blood samples for testing to IGeneX was 4,139. During this three-year period, only 64 physicians from Florida sent us samples for testing.** Those 64 physicians comprise only **1.55%** of the total number of physicians nationwide who send IGeneX samples during that period. To date, in **2007**, only **32 physicians from Florida** have sent us samples to test.

10. IGeneX revenue generated from testing on blood samples sent to California **from Florida accounts for less than 5% of IGeneX's total revenue from 2003 to date.**

11. Because most lyme disease-bearing ticks are found in the Northeastern United States, the Mid Atlantic States, and the North Central and Western regions of the United States (California, Connecticut, Delaware, Maine, Maryland, Massachusetts, Minnesota, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island and Wisconsin), testing blood samples that are sent to us from Florida accounts for a minute portion of our overall business.

12. The Florida revenue share varies from year to year. In **2004**, Florida testing accounted for approximately **3%** of our overall revenue; to date in **2007**, Florida testing accounts for approximately **4%** of our overall revenue.

13. With one exception, IGeneX performs all of the laboratory testing on the samples it receives in California at its Palo Alto laboratory; only the Babesia WA-IFA testing is outsourced to Sonoma Public Health, also here in California.

14. IGeneX, Palo Alto, CA has been operating as a licensed clinical laboratory

Case No. 8:07-CIV-732-T-24EAJ

since its purchase from 3M Diagnostic Systems (3MDS-Santa Clara, CA and BioWhittaker, Inc., Walkersville, MD) in 1991

15. IGeneX is licensed as a clinical laboratory by the federal government. Its California laboratory also complies with additional regulations promulgated by the States of Florida, Maryland, New York and Pennsylvania.

16. In its sixteen years of operation, IGeneX has never had any offices in any state other than California. Since 2005, it has had one Sales Representative in Massachusetts, covering the New England area, as well as New York. Beginning this year, in 2007, we have one sales representative in New Jersey to cover New Jersey and Pennsylvania.

17. IGeneX has no offices, employees, directors, sales representatives or agents in Florida.

18. IGeneX has a toll free number that is available all over the country, but has no phone listings in Florida.

19. No IGeneX agent or employee has traveled to Florida in his or her capacity as an agent or employee of the company since the company was started in 1991.

20. Payment from physicians is due in California within thirty days of receipt; most clients prepay.

21. Our company has not previously been sued in Florida or in *any* other state.

22. Our business comes to us through physician referrals, through attendance at

Case No. 8:07-CIV-732-T-24EAJ

ILADS (International Lyme and Associated Diseases Society) and other medical symposiums throughout the United States, including but not limited to Pennsylvania, the Carolinas, California, Connecticut, Delaware, Maine, Maryland, Massachusetts, Minnesota, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Wisconsin, Texas, Arizona, Washington State, Hawaii, New Mexico, Canada and Europe.

23. No such symposium has ever been held in Florida.

24. Much of our business comes to us by word of mouth and from information provided on our website at http://www.igenex.com. Our "marketing" consists of two sales representatives - one in Massachusetts and one in New Jersey, covering their respective areas as set forth in Paragraph 16 above. We do no marketing in Florida.

25. We advertise in the Lyme Disease Association Pamphlet and "Public Health Alert" published monthly (Public Health Alert Subscriptions, 821 Sansome Drive, Arlington Texas). We do not advertise directly in Florida.

Pursuant to 28 U.S.C. § 1746 (2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed this 20 day of June, 2007 in Palo Alto, California, U.S.A..

*Jyotsna S. Shah*
JYOTSNA SHAH, Phd, MBA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:07-CIV-732-T-24EAJ

BOWEN RESEARCH & TRAINING
INSTITUTE, INC.,

        Plaintiff,

vs.

IGeneX, INC.,

        Defendant.
_____/

## DECLARATION OF BARBARA LEWIS BUCHMAN

I, Barbara Buchman, pursuant to 28 U.S.C. § 1746 (2), make the following sworn declaration in connection with IGeneX's Motion to Dismiss for Lack of Personal Jurisdiction and to transfer venue.

    1.    I am over the age of 18 in all ways capable of making this Declaration.

    2.    I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

    3.    I am not a party to this suit and have no interest in its outcome. I have not reviewed the complaint and take no position on what I understand to be the claims made in that suit.

    4.    I am preparing this Declaration at the request of Florida counsel for IGeneX in their defense of a lawsuit pending in Florida. I understand that the claims


EXHIBIT B

made in that suit arose out of a 2006 symposium on Lyme Disease.

5. I am the Executive Director of the International Lyme and Associated Disease Society ("ILADS").

6. In my capacity as Executive Director of ILADS, I organized the 2006 ILADS conference held in Philadelphia, Pennsylvania on October 21 and 22, 2006. I have prepared this Declaration based on the records maintained in the ordinary course of business by ILADS and on my own personal recollection.

7. Two hundred and seventy-four (274) individuals registered for the conference. Some of those registrants were exhibitors, so the actual number of attendees at the presentations themselves was probably closer to only two hundred and fifty (250).

8. During Dr. Nick Harris' presentation, it is my best estimate that 200 people were present. I was stationed at the registration desk just outside the door. I occasionally opened the door to the session room to observe what was happening, for administrative purposes. However, I did not spend enough time in the room to pay attention to content of lectures.

9. Of the 274 registrants at the conference, only nine were from Florida; five were exhibitors and it is therefore unlikely that they were present at Dr. Harris' presentation.

10. Forty-one registrants were from California.

11. Twenty-one registrants were from Massachusetts; five were from New Hampshire; twenty-one were from Connecticut; twenty were from Pennsylvania; twenty

nine were from New York, including one exhibitor; and twenty from New Jersey, including three exhibitors.

12. In total, thirty-two states plus the District of Columbia were represented: Arizona, California, Colorado, Connecticut, the District of Columbia, Delaware, Florida, Hawaii, Illinois, Massachusetts, Maryland, Maine, Michigan, Minnesota, Missouri, Montana, North Carolina, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virginia, Vermont, Washington and West Virginia.

13. Attendees also came from Austria (1), Germany (4), Wales (1), Switzerland (1) and Canada (1).

**Pursuant to 28 U.S.C. § 1746 (2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 18th day of June, 2007 in Bethesda, Maryland, U.S.A.

Barbara Lewis Buchman

